UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ENERGY POLICY ADVOCATES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 21-1443 (APM) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 31, 2022

Respectfully submitted,

 /s/   Matthew D. Hardin
MATTHEW D. HARDIN
D.C. Bar # 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, D.C. 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendant*